FILED'08 SEP 02 09:15 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

WILLIAM MICHAEL JONES,                         00-CV-1795-BR

       Plaintiff,                         ORDER OF DISMISSAL

v.

ROBERT ROSE, *et al.*,

       Defendants.


BROWN, Judge.

    Based on Plaintiff William Jones's unopposed Motion to
Dismiss (doc. 986) all claims against Defendant Army Corps of
Engineers (Corps) related to Permit No. 97-1482, **IT IS HEREBY
ORDERED AND ADJUDGED** that all Plaintiff's claims against the
Corps arising from the issuance of Permit No. 97-1482 are
dismissed with prejudice, without costs or attorneys' fees to any
party.

    IT IS SO ORDERED.

    DATED this 2nd day of September, 2008.

                    ANNA J. BROWN
                    United States District Judge

1 - ORDER OF DISMISSAL